**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **MESA DIGITAL, LLC,**<br>***Plaintiff,*** | §<br>§<br>§ | |
| **v.** | § | **NO. MO:24-CV-00306** |
| **DISH WIRELESS L.L.C.,**<br>***Defendant.*** | §<br>§<br>§ | |

**ORDER**

Before the Court is the Parties' Stipulation of Dismissal (Doc. 16) filed March 28, 2025. The parties agree and stipulate that all claims for relief asserted against DISH Wireless by Mesa herein are dismissed WITH PREJUDICE. All claims for relief asserted against Mesa by DISH Wireless are dismissed WITHOUT PREJUDICE. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. The Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendants is hereby **GRANTED**.

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein.

It is so **ORDERED**.

SIGNED this 31st day of March, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE